1  **PAYTON EMPLOYMENT LAW, PC**
   LAUREN N. HOLMES, ESQ. (SBN: 308515)
2  CHANTAL PAYTON, ESQ. (SBN: 293215)
   3807 W. Sierra Highway, Suite 206
3  Acton, California 93510
   Telephone: (661) 434-1144
4  Facsimile: (661) 434-1144
   LHolmes@PaytonEmploymentLaw.com
5  CPayton@PaytonEmploymentLaw.com

6  Attorneys for Plaintiff, SADIE XAVIER

7  NICHOLAS W. MCKINNEY, SBN 322792
   E-Mail: nmckinney@littler.com
8  **LITTLER MENDELSON P.C.**
   500 Capitol Mall
9  Suite 2000
   Sacramento, California 95814
10 Telephone: 916.830.7200
   Fax No.: 916.561.0828

11
   REBECCA BENHURI, Bar No. 209443
12 E- Mail: rbenhuri@littler.com
   **LITTLER MENDELSON, P.C.**
13 333 Bush Street
   34th Floor
14 San Francisco, California 94104
   Telephone: 415.433.1940
15 Fax No.:
   415.399.8490
16
17 Attorneys for Defendant FANEUIL, INC.

18              **UNITED STATES DISTRICT COURT**

19             **EASTERN DISTRICT OF CALIFORNIA**

20

| | |
|---|---|
| SADIE XAVIER, an individual,<br><br>            Plaintiff,<br><br>   v.<br><br>FANEUIL, INC. a Delaware Corporation; DOES 1-10, Business Entities, Forms Unknown; DOES11-20, Individuals; And DOES 21 Through 30, Inclusive,<br><br>            Defendants. | Case No. **2:21-cv-02279-MCE-DB**<br><br>**ORDER REGARDING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

1

The court, having reviewed the Parties' Joint Stipulation to Dismiss Entire Action with Prejudice and finding good cause, hereby ORDERS as follows:

1. The Parties' Joint Stipulation is GRANTED;

2. The Parties will each bear their respective attorneys' fees and costs; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  February 23, 2023

_____

MORRISON C. ENGLAND, JR.

SENIOR UNITED STATES DISTRICT JUDGE